# United States District Court
## Southern District of Georgia

Anthony Cunningham

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-253

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order entered on January 16, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court Denying Cunningham's 2255 petition. This action stands closed.



January 16, 2020
Date

Scott L. Poff
Clerk

(By) Deputy Clerk